IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIM. CASE NO. 1:22-cr-242-ECM |
| | ) | (WO) |
| LEROY THOMAS JOYNER, JR. | ) | |

**O R D E R**

On July 20, 2023, the Court denied the Defendant's *pro se* motion for disqualification of all Judges in the Middle District of Alabama. (Doc. 132). On July 26, 2023, the Defendant filed a motion for reconsideration. (Doc. 133). The Defendant's motion for reconsideration reiterates and largely mirrors the arguments presented previously in his motion for disqualification. The Defendant's motion offers no basis for reconsideration of his motion to disqualify the Judges of this District. For the reasons stated in the Order denying the motion for disqualification, and upon consideration of the motion for reconsideration, it is

ORDERED that the motion for reconsideration (doc. 133) is DENIED.

DONE this the 4th day of August, 2023.

/s/ Emily C. Marks
EMILY C. MARKS
CHIEF UNITED STATES DISTRICT JUDGE